IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LESLIE M. CARABALLO-COLÓN,

    Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

CIVIL NO.: 22-1423 (MEL)

## JUDGMENT

In light of the court's Order (ECF No. 24), the Court hereby enters judgment VACATING the decision of the Commissioner of Social Security. This case is REMANDED to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of September, 2023.

                                              s/Marcos E. López
                                              U.S. Magistrate Judge